UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVARRO JOHNSON, | No. 2:13-cv-1244 MCE CKD PS |
| Plaintiff, | |
| v. | ORDER |
| JEROME CLAY, JR., | |
| Defendant. | |

    Defendant, proceeding pro se, removed the above-entitled action from state court. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On June 26, 2013, the magistrate judge filed findings and recommendations herein which were served on defendant and which contained notice to defendant that any objections to the findings and recommendations were to be filed within fourteen days. Defendant has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed June 26, 2013 are adopted in full; and

/////

/////

1

2. The above-entitled action is summarily remanded to the Superior Court of California, County of Sacramento, Small Claims Division.

Date: August 05, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT