1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    NAVARRO JOHNSON,                            No.  2:13-cv-1244 MCE CKD PS

12                Plaintiff,

13          v.                                     ORDER

14    JEROME CLAY, JR.,

15                Defendant.

16

17          Defendant, proceeding pro se, removed the above-entitled action from state court.  The

18    matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

19          On June 26, 2013, the magistrate judge filed findings and recommendations herein which

20    were served on defendant and which contained notice to defendant that any objections to the

21    findings and recommendations were to be filed within fourteen days.  Defendant has not filed

22    objections to the findings and recommendations.

23          The court has reviewed the file and finds the findings and recommendations to be

24    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25    ORDERED that:

26          1.  The findings and recommendations filed June 26, 2013 are adopted in full; and

27    /////

28    /////

1

1      2.  The above-entitled action is summarily remanded to the Superior Court of California,

2 County of Sacramento, Small Claims Division.

3 Date: August 05, 2013

4

5

6                      MORRISON C. ENGLAND, JR., CHIEF JUDGE

                     UNITED STATES DISTRICT COURT
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28